Christopher A. Seeger, Esq.
**Seeger Weiss LLP**
One William Street
New York, NY 10004
(212) 584-0700
Attorneys for Plaintiff

IN THE UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No. 07cv1093 <br><br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
| Dolores Gross, individually and as personal representative of the Estate of Warren G. Gross, <br><br> Plaintiff, <br><br> v. <br><br> Pfizer, Inc., <br><br> Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, DOLORES GROSS, individually and as personal representative of the Estate of WARREN G. GROSS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: June 15, 2009        By: _____
                                 Christopher A. Seeger, Esquire
                                 Seeger Weiss LLP
                                 One William Street
                                 New York, NY 10004
                                 (212) 584-0700

                                 *Attorneys for Plaintiff*

Dated: August 6, 2009       By: _____

                                 DLA Piper US LLP
                                 1251 Avenue of the Americas
                                 New York, NY 10020
                                 (212) 335-4500

                                 *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____ August 11 __, 2009      _____
                                          Hon. Charles R. Breyer
                                          United States District Court

**GRANTED**

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA